IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

FRANK LEE LARKINS, JR.,

        Petitioner,       :    Case No. 2:19-cv-421

   - vs -                              District Judge Michael H. Watson
                                           Magistrate Judge Michael R. Merz

DAVID GRAY, Warden,
  Belmont Correctional Institution,

                                            :
        Respondent.

## DECISION AND ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR EXTENSION OF TIME

On June 11, 2019, the Magistrate Judge recommended that this habeas corpus case be dismissed and notified Petitioner of his obligation to file objections, if any, within seventeen days (Report, ECF No. 14, PageID 842-43). The next day the Magistrate Judge denied Petitioner's Motion for An Extension of Time to file a traverse/reply because he had not sought an extension within the time allowed by the Order for Answer and had not shown excusable neglect for failure to do so (Decision, ECF No. 15).

Petitioner now requests (ECF No. 16) a sixty-day extension of time to file objections to the Report. The Magistrate Judge finds good cause for that extension which is hereby GRANTED. Petitioner's time to object to the Report is hereby EXTENDED to and including August 27, 2019.

Petitioner also seeks additional time to file objections to the denial of an extension of time to file a traverse. That request is DENIED because Petitioner has still not shown excusable neglect for failing to request an extension in a timely manner. Petitioner complains:

1

> Petitioner was not afforded an opportunity in which to file a Traverse for this Court to consider. Petitioner did file a motion for extension of time of 90 days to file such, but was denied as untimely. In reality, the constraints placed upon the Petitioner to meet these strict deadlines while he is incarcerated at Belmont Correctional Institution are burdensome and place undue hardships.

While limitations on law library access are sufficient to cause the Court to grant extra time to file substantive documents, those limitations do not apply to timely filing of motions for extension of time. When ordering an answer in this case, Magistrate Judge Jolson set a reply date of twenty-one days after the Return was filed (ECF No. 5). The Return was filed May 7, 2019, and served on Petitioner by mail (ECF No. 11, PageID 826). That made the reply/traverse due May 31, 2019 (21 days as ordered plus three days for service by mail). Petitioner filed nothing by that date. On June 5, 2019, he deposited his Motion for Extension in the prison mail system (PageID 830), but he still has not shown how any burdens on him as a prisoner prevented his filing, before May 31, 2019, a request to extend time to file the traverse. The Sixth Circuit has held that the burdens on a prisoner, including lack of counsel, lack of a trial transcript, unfamiliarity with the English language, and short time for legal research in prison do not excuse failure to file an appeal to the Supreme Court of Ohio. *Bonilla v. Hurley,* 370 F.3d 494, 497 (6th Cir. 2004). Larkins' burden to prepare and file a motion for extension of time is much less than that on petitioner Bonilla.

Therefore the request for an extension of time to object to the denial of an extension of time to file a traverse is DENIED.

Petitioner now has a full two months to prepare objections to the Report. He can include in those objections any argument he would have made in a traverse/reply.

June 28, 2019.

s/ *Michael R. Merz*
United States Magistrate Judge